Decided January 8, 1997

## STATE OF CONNECTICUT *v.* JAMES LASKY

The defendant's petition for certification for appeal from the Appellate Court, 43 Conn. App. 619 (AC 14873), is denied.

*Norman A. Pattis*, in support of the petition.

*Leon F. Dalbec, Jr.*, assistant state's attorney, in opposition.

Decided January 8, 1997